**TITUS BARBER** *versus* **THOMAS PALMER AND MARY A. W. PALMER.**

JOURNAL ENTRIES (1832–33): *Journal 4:* (1) Demurrer withdrawn *p. 523. *Journal 5:* (2) Motion to take bill as confessed and for reference to master *p. 3; (3) bill taken as confessed, referred to master *p. 10; (4) master's report confirmed, decree *p. 13.

PAPERS IN FILE: (1) Bill of complaint; (2) precipe for subpoena; (3) writ of subpoena and return; (4) demurrer to bill of complaint; (5) precipe to set demurrer for argument; (6) motion to take bill as confessed and for reference; (7) master's report of amount due; (8) decree signed by two of the judges; (9) money bond—Thomas Palmer to Titus Barber; (10) deed of mortgage—Thomas Palmer and wife to Titus Barber.

*Chancery Case* 144 of 1831.